Form 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gregory G. Stewart**
Debtor(s)

Bankruptcy Case No.: 18−24296−CMB

Chapter: 7
Docket No.: 11 − 1

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **November 2, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **NOVEMBER 30, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **December 4, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: December 4, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 18-24296-CMB
Gregory G. Stewart                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin                   Page 1 of 1             Date Rcvd: Dec 04, 2018
                               Form ID: 131                 Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             Gregory G. Stewart,    208 Wylie Avenue,    Strabane, PA   15363
14942671      +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14942672      +PNC Bank c/o KML Law Group, PC,     BYN Mellon Independent Center,    701 Market Street,
                Suite 5000,    Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QPJWILSON.COM Dec 05 2018 07:55:00      Pamela J. Wilson,    810 Vermont Avenue,
                Pittsburgh, PA 15234-1222
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2018 03:00:44       Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                   Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
         Kenneth Steidl    on behalf of Debtor Gregory G. Stewart julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
          inberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Pamela J. Wilson    pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
                                                                                              TOTAL: 4
```